# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

April 20, 2001

*Before*

Hon**.** ILANA DIAMOND ROVNER, *Circuit Judge*

Nos. 99-4318, 99-4319, 99-4320, 99-4345

| | | |
|---|---|---|
| WILLIAM BRACY and ROGER COLLINS, | ) ) ) | |
| *Petitioners-Appellants, Cross-Appellees*, | ) ) | Appeal from the United States District Court for the Northern District of Illinois |
| *v.* | ) ) | |
| JAMES SCHOMIG and ROGER COWAN, | ) ) ) | Nos. 93 C 5282, 93 C 5328 William T. Hart, *Judge*. |
| *Respondents-Appellees, Cross-Appellants.* | ) ) | |

**O R D E R**

On her own motion, Judge Rovner makes the following modification to her dissent from the panel opinion issued on April 18, 2001:

At page 21, footnote 4, lines 5 through 8, the following text is deleted: "ignores the possibility that the State might be less willing to consent to a bench trial before a defense-friendly judge, which in turn would make it more difficult for the judge to sell his services. It also".